IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARLA FAYE HONEY                                             PLAINTIFF

           v.                        Civil No. 10-2017

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                              DEFENDANT

## J U D G M E N T

        For reasons stated in a memorandum opinion of this date, we conclude that the decision

of the Commissioner denying benefits to the plaintiff is not supported by substantial evidence

and should be reversed and remanded for further consideration pursuant to sentence four of 42

U.S.C. § 405(g).  **The parties have sixty days from entry of the judgment on the docket in**

**which to appeal.**

        If plaintiff wishes to request an award of attorney's fees and cost under the Equal Access

to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the

judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended.  *See*

*Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),

(d)(2)(G).

        IT IS SO ORDERED AND ADJUDGED this 23rd day of February 2011.

                                        /s/ *J. Marschewski*
                                        HON. JAMES R. MARSCHEWSKI
                                        UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)